AO91 (Rev. 12/03)   Criminal Complaint                                                                                     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** <br><br> Junior Gilberto HERNANDEZ-Dominguez <br> IAE A045 092 442 <br> El Salvador 1977 | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:16-po-05239 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 20, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Junior Gilberto HERNANDEZ-Dominguez was encountered by Border Patrol Agents near Mission, Texas on December 21, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on December 20, 2016 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Garcia, Adolfo  Border Patrol Agent
Signature of Complainant

Garcia, Adolfo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 23, 2016                                                                   at          McAllen, Texas
Date                                                                                                             City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge              Title of Judge                                                      Signature of Judge